# Order

**Michigan Supreme Court**
**Lansing, Michigan**

January 30, 2012

143161

Robert P. Young, Jr.,
Chief Justice

Michael F. Cavanagh
Marilyn Kelly
Stephen J. Markman
Diane M. Hathaway
Mary Beth Kelly
Brian K. Zahra,
Justices

KEITH INGRAHAM and SUSAN INGRAHAM,
     Plaintiffs-Appellees,

v

                                      SC: 143161
                                       COA: 296224
                                       Ionia CC: 08-026579-CH

RILEY PERRONE and SHAWN PERRONE,
     Defendants-Appellants.

_____/

       On order of the Court, the application for leave to appeal the April 19, 2011 judgment of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the questions presented should be reviewed by this Court.



       I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

January 30, 2012

t0123

                                      Clerk